# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEANOR M. GLASS, | ) |
| | ) |
|     Plaintiff, | ) No. 1:05-cv-02498 (ESH) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Beatriz T. Saiz as attorney for the defendant in the above-captioned proceeding.

DATED: February 28, 2006.

                                                      Respectfully submitted,

                                                      /s/ Beatriz T. Saiz
                                                      BEATRIZ T. SAIZ
                                                      Trial Attorney, Tax Division
                                                      U.S. Department of Justice
                                                      P.O. Box 227
                                                      Ben Franklin Station
                                                      Washington, DC 20044
                                                      Phone/Fax: (202) 307-6585/514-6866
                                                      Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on February 28, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Eleanor M. Glass
>600 Golondrina Drive
>Roswell, NM 88201

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ