# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEANOR M. GLASS, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-02498 (ESH) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF RELATED CASES

Save for the identity of the plaintiff, the complaints in the following cases are substantially identical to that filed in this matter:

1. Edward J. Armbruster III v. United States, Civil No. 1:05-2375

2. Jeffrey Bean v. United States, Civil No. 1:05-2145

3. Hamlet C. Bennett v. United States, Civil No. 1:05-2297

4. Matthew Brandt v. United States, Civil No. 1:05-1613

5. Paul Broward v. United States, Civil No. 1:05-01774

6. John Burton v. United States, Civil No. 1:05-2121

7. Carol Cooper v. United States, Civil No. 1:05-1192

8. Richard M. Donnally v. United States, Civil No. 1:05-2049

9. Joseph A. & Elizabeth J. Gaines v. United States, Civil No. 1:05-2326

10. Lee F. Garvin v. United States, Civil No. 1:05-01775

11.  Brent & Rhonda Gross, Civil No. 1:05-1818

12.  Kevin Haydel v. United States, Civil No. 1:05-2405

13.  Kenneth G. & Mary C. Heath, Civil No. 1:05-2332

14.  William Henry, Jr. v. United States, Civil No. 1:05-2084

15.  Grant & Ethel Holyoak v. United States, Civil No. 1:05-1829

16.  Lavern Koerner v. United States, Civil No. 1:05-1600

17.  William M. Kramer v. United States, Civil No. 1:05-1659

18.  Stephen J. & Patricia Lindsey v. United States, Civil No. 1:05-1761

19.  Wallace Lohmann v. United States, Civil No. 1:05-1976

20.  Gregory Martens v. United States, Civil No. 1:05-1805

21.  William R. Masterson v. United States, Civil No. 1:05-1807

22.  Richard & Wilma Metsker v. United States, Civil No. 1:05-2457

23.  James O'Connor v. United States, Civil No. 1:05-2075

24.  Lawrence Otto v. United States, Civil No. 1:05-2319

25.  Amelia Petersheim v. United States, Civil No. 1:05-1815

26.  George & Claudia Pragovich v. United States, Civil No. 1:05-2222

27.  Charles Radcliffe v. United States, Civil No. 1:05-1624

28.  Ronald N. Romanshko v. United States, Civil No. 1:05-2239

29.  Lawrence & Debra Schafrath v. United States, Civil No. 1:05-1656

30. Robert Scott & Linda Casoria-Scott v. United States, Civil No. 1:05-2043

31. Sandra Shoemaker v. United States, Civil No. 1:05-1736

32. Daniel T. & Mary G. Smith v. United States, Civil No. 1:05-2069

33. David & Debra Stinecipher v. United States, Civil No. 1:05-2434

34. Bruce & Elise Travis v. United States, Civil No. 1:05-1867

35. Daniel & Donna Turner v. United States, Civil No. 1:05-1716

36. Gregg & Regina Whitefield v. United States, Civil No. 1:05-1961

37. Verda Nye v. United States, Civil No. 1:05-02486

38. Carl Roger Davis v. United States, Civil No. 1:05-02474

39. Ricky A. Erwin v. United States, Civil No. 1:05-00415

40. Donald Harris v. United States, Civil No. 1:05-0956

41. Maurita Martin v. United States, Civil No. 1:05-02506

42. Dennis Rose v. United States, Civil No. 1:05-01896

43. Rudolph Luscher v. United States, Civil No. 1:05-1987

44. LaVern Koerner v. United States, Civil No. 1:05-00024

45. Paul B. Evans v. United States, Civil No. 1:05-00032

46. Robert Speelman v. United States, Civil No. 1:05-02482

47. Stacey & Sharon Davenport v. United States, Civil No. 1:05-02488

48. Gary Placke v. United States, Civil No. 1:06-00026

49. Roy A. Watson v. United States, Civil No. 1:06-00058

50. Will H. LaRue v. United States, Civil No. 1:06-00061

51. Calvin Kim v. United States, Civil No. 1:06-00103

52. Richard L. Mellor v. United States, Civil No. 1:06-00116

53. Robert H. Anderton v. United States, Civil No. 1:06-00129

54. Sylvester Cain v. United States, Civil No. 1:06-00132

55. Bart H. Rippl v. United States, Civil No. 1:06-00165

56. Isaac Zook v. United States, Civil No. 1:06-00164

57. Kenneth D. Guthery v. United States, Civil No. 1:06-00176

Indeed, not only are the complaints substantially identical, but some subsequent filings have been identical as well.

DATED: February 28, 2006.

                                          Respectfully submitted,

                                          /s/ Beatriz T. Saiz
                                          BEATRIZ T. SAIZ
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          P.O. Box 227
                                          Ben Franklin Station
                                          Washington, DC 20044
                                          Phone/Fax: (202) 307-6585/514-6866
                                          Email: Beatriz T.Saiz@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF RELATED CASES was served upon the following individual(s) on February 28, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Eleanor M. Glass
>600 Golondrina Drive
>Roswell, NM 88201

>_/s/ Beatriz T. Saiz_
>BEATRIZ T. SAIZ