## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEANOR M. GLASS, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-02498 (ESH) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO

DISMISS, supporting MEMORANDUM, and proposed ORDER were served

upon the following individual(s) on February 28, 2006, by sending a copy by First

Class mail, postage prepaid, addressed as follows:


Eleanor M. Glass
600 Golondrina Drive
Roswell, NM 88201


_____/s/ Beatriz T. Saiz_____
BEATRIZ T. SAIZ