## RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 7005 1160 0005 1056 6661

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ 5.11 .

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_Stacy M Davenport_     3-27-06
Stacy N Davenport       Date

**RECEIVED**

MAR 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 7005 1160 0005 1056 6661

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ 5.11.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_Stacy N. Davenport_      3-27-06
Stacy N Davenport          Date

**U.S. Postal Service**
**CERTIFIED MAIL.. RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20001    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.06 |
| Certified Fee | | $2.30 |
| Return Receipt Fee (Endorsement Required) | | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.11 |

Postmark Here    JAN 01/01/2006

7005 1160 0005 1056 6661

Sent To: U.S. ATTORNEY
Street, Apt. No.; or PO Box No.: 501 3RD ST N.W.
City, State, ZIP+4: WASHINGTON, D.C. 20001

PS Form 3800, June 2002

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY
501 3RD ST N.W.
WASHINGTON, DC
20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
JAN 1 8 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1:05CV02488

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0005 1056 6661

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-P-4081



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7005 1160 0005 1056 6661
Detailed Results:

- Forwarded, January 12, 2006, 8:34 am, WASHINGTON, DC
- Arrival at Unit, January 11, 2006, 12:51 pm, WASHINGTON, DC 20066
- Acceptance, January 07, 2006, 11:47 am, HAMBURG, PA 19526

**Track & Confirm**
Enter Label/Receipt Number.

( < Back )    ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---



POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

# RETURN OF SERVICE

This summons was served on the United States by serving:     05-2498

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 7005-1160-0005-1056-6654,

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ $5.11           .

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_Stacy M. Davenport_                    3-27-06
Stacy N Davenport                         Date

## RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

by certified mail return receipt requested (copy attached)

Certified mail # 7005-1160-0005-1056-6654,

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ 5.11

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_____            3-27-06
Stacy N Davenport                                     Date

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

STACY N. DAVENPORT,
V.   ET AL

UNITED STATES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV02488

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 12/27/2005

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S PRO SE (name and address)

STACY N. DAVENPORT
SHARON L. DUBBLE DAVENPORT
16439 POTTSVILLE PIKE
HAMBURG, PA. 19526

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

DEC 2 7 2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

STACY N. DAVENPORT,
V.   ET AL

UNITED STATES

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:05CV02488

CASE NUM  JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 12/27/2005

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S PRO SE ~~ATTORNEY~~ (name and address)

STACY N. DAVENPORT
SHARON L. DUBBLE DAVENPORT
16439 POTTSVILLE PIKE
HAMBURG, PA.
19526

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

DEC 27 2005
DATE

(By) DEPUTY CLERK





Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7005 1160 0005 1056 6654
Detailed Results:

- Delivered, January 17, 2006, 4:40 am, WASHINGTON, DC 20530
- Arrival at Unit, January 17, 2006, 4:15 am, WASHINGTON, DC 20022
- Acceptance, January 07, 2006, 11:45 am, HAMBURG, PA 19526

( < Back )            ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---



POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

Attention: Clerk                                          3/27/06

I am writing to inform you that the original summons was mailed along with the original civil complaint to the United States Attorney of District Columbia Kenneth L. Weinstein by mistake. When I realized my mistake, I contacted the civil process clerk who directed me to the docket technician, Ms. Brenda Jones at 202-616-6610. Ms. Jones assured me that when she received the summons, she would return the originals to me. When I called her at a later date, she informed me the case was transferred to the tax division. At the tax division, I spoke with Attorney Lynn Brown at 202-307-6585. She informed me on March 3, 2006 she had the case, would look for the original summons, and then return it to me. As of

3-27-06

March 27, 2006, I have yet to receive the original summons.

I am mailing all the forms required for service. If you require any further information, any further forms, or any further service on my part, please contact me at 484-269-1354.

Respectfully,

Stacy N Davenport

RECEIVED
MAR 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT