IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH A. GAINES,<br>ELIZABETH J. GAINES, | ) ) ) | |
| Plaintiffs, | ) | No. 05-2326 (ESH) |
| v. | ) ) ) | |
| UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |
| ELEANOR M. GLASS, | ) ) | |
| Plaintiff, | ) | No. 05-2498 (ESH) |
| v. | ) ) ) | |
| UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |
| LAVERN KOERNER, | ) ) | |
| Plaintiff, | ) | No. 06-24 (ESH) |
| v. | ) ) ) | |
| UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |
| EDWIN PIERCE, | ) ) | |
| Plaintiff, | ) | No. 06-320 (ESH) |
| v. | ) ) ) | |
| UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

1619675.1

### AMENDMENT TO UNITED STATES' OPPOSITION TO PLAINTIFFS' RESPONSES TO THE COURT'S SHOW-CAUSE ORDER

On March 29, 2006, the United States filed an opposition to plaintiffs' responses to the Court's order to show cause whether the Court has subject-matter jurisdiction. In its opposition, the United States, relying on the Court's docket, asserted that LaVern Koerner had not responded to the Court's order, and asked the Court to dismiss her amended complaint on that basis.

The United States has now received a copy of Koerner's response, which is identical to the responses filed by the other plaintiffs referenced in this pleading. Therefore, the United States amends its opposition to assert that Koerner's amended complaint should be dismissed on the same grounds stated for dismissal of the complaints/amended complaints of the other plaintiffs named above. Koerner, like the other plaintiffs, asks the Court to exercise its equity jurisdiction. As we argued in our opposition, a suit for damages is a suit at law; and accordingly, the Court should deny

all plaintiffs' requests and dismiss their complaints/amended complaints, including Koerner's amended complaint.

DATE: March 29, 2006.

Respectfully submitted,

  /s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing AMENDMENT TO UNITED STATES' OPPOSITION TO PLAINTIFFS' RESPONSES TO THE COURT'S SHOW-CAUSE ORDER was caused to be served upon plaintiffs *pro se* on March 29, 2006 by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>Joseph A. Gaines
>Elizabeth J. Gaines
>995 Roseberry Drive
>Las Vegas, NV 89138
>
>Eleanor M. Glass
>600 Golondrina Drive
>Roswell, NM 88201
>
>LaVern Koerner
>15251 S. 50th Street
>Phoenix, AZ 85044
>
>Edwin Pierce
>8635 West Sahara
>Apartment 270
>Las Vega, NV 89117

>/s/ Pat S. Genis
>PAT S. GENIS, #446244